Jeremy J. MORROW; et al.,
Plaintiffs—Appellees,

v.

FEDERAL HOME LOAN MORTGAGE CORPORATION, dba Freddie Mac a federally charted corporation, Defendant—Appellant.

No. 03-35723.
D.C. No. CV-01-00367-HJF.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 3, 2004.

Decided Dec. 1, 2004.

A. Gregory McKenzie, Esq., A. Gregory McKenzie & Associates, Andrew M. Cole, Esq., Andrew M. Cole & Associates, West Linn, OR, William L. Barber, Esq., Rycewicz & Chenoweth, LLP, Portland, OR, for Plaintiffs–Appellees.

Rufus W. Meyers, Esq., Federal Home Loan Mortgage Corporation, McLean, VA, for Defendant–Appellant.

Before TROTT and KLEINFELD, Circuit Judges, and POLLAK,* District Judge.

## MEMORANDUM **

The notice of appeal was late as to all but the attorneys' fees issue. Under the bright line rule of *Budinich v. Becton Dickinson & Co.,*[1] *U.S. ex rel. Familian Northwest, Inc. v. RG & B Contractors, Inc.,*[2] and *International Association of Bridge Ironworkers Local 75 v. Madison Industries,*[3] the May decision on the merits was final for purposes of appeal even though the attorneys' fees issue remained for adjudication.

As for the attorneys' fees issue, for which the notice of appeal was timely, the district court correctly decided the issue of merger that Appellant argues. There was no merger of the attorneys' fees provision

---

* The Honorable Louis H. Pollak, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. *Budinich v. Becton Dickinson & Co.,* 486 U.S. 196, 108 S.Ct. 1717, 100 L.Ed.2d 178 (1988).

2. *U.S. ex rel Familian Northwest, Inc. v. RG & B Contractors, Inc.,* 21 F.3d 952, 955 (9th Cir.1994).

3. *Int'l Ass'n of Bridge Ironworkers Local 75 v. Madison Industries,* 733 F.2d 656, 659 (9th Cir.1984).

because it was collateral to the promise to convey under *Soursby v. Hawkins.*[4]

The appeal is in part dismissed, and in part affirmed.

---

4. *Soursby v. Hawkins,* 307 Or. 79, 763 P.2d 725 (1988).

